# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV418-011 |
| | ) | |
| 33 FIREARMS AND 21,912 ROUNDS | ) | |
| OF AMMUNITION, *in rem*, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

Claimant Therese Ryan, proposed Executrix/Administratrix of her deceased husband's Estate, seeks to stay this case so that she may perfect her claim to the property. Doc. 16. The United States does not oppose her request, though it reserves its rights under the Supplemental Rules to later move to strike Ryan's claim. Doc. 17. Accordingly, claimant's request is **GRANTED** and the case is **STAYED** until Ryan gains Letters of Administration from the state probate court. Within 120 days of service of this Order or 30 days of the issuance of any such Letters, whichever occurs first, the parties are **DIRECTED** to update the Court about the status of the case and file any request to lift

the stay.

**SO ORDERED,** this  10th  day of May, 2018.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA