# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION NO.: 4:18-cv-11 |
| v. | |
| 33 FIREARMS; & 21,912 ROUNDS OF AMMUNITION, | |
| Defendants. | |

## ORDER

This forfeiture action has been pending since January 11, 2018 without any apparent progress. The Court **ORDERS** counsel for Plaintiff and counsel for claimant Therese Ryan to provide a joint update on the status of this case within **fourteen (14) days** of the date of this Order.

**SO ORDERED**, this 10th day of May, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA