# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV418-011 |
| | ) | |
| 33 FIREARMS AND 21,912 ROUNDS OF AMMUNITION, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On May 24, 2019, the parties indicated that they had agreed on certain terms which would enable them to settle this case, but that settlement was delayed pending the sale of certain firearms to a licensed dealer. Doc. 29. However, the parties assured the Court that a dealer had been located and that the sale should occur shortly. *Id.* at 2. However, in the more than one year since that date, there has been no activity in this case. Accordingly, the parties are **DIRECTED** to submit a status report within ten days from the date of this order detailing whether the sale has been completed and whether this case should be dismissed. Failure to comply will result in a recommendation of dismissal. S.D. Ga. L.R. 41.1.

**SO ORDERED,** this 8th day of October, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA