## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV418-011 |
| | ) | |
| 33 FIREARMS AND 21,912 ROUNDS OF AMMUNITION, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On October 8, 2020, the Court entered an order directing the parties to submit a status report within 10 days detailing whether a sale had been completed and whether the case should be dismissed. The Government has responded indicating that claimant's counsel has been reticent in responding and that the sale has not yet been completed. Doc. 31. However, the Government also acknowledges that it still desires to settle the matter as it believes the claimant has some interest in the property. *Id.* at 2.

The Government requests that the Court not dismiss the claim, but rather allow thirty days to re-engage claimant's counsel on settlement or permit the Government to seek a Default Judgment or Final Order of Forfeiture. *Id.* That request is **GRANTED**. The parties have thirty days from the date of this Order to complete settlement. If the case is not resolved

within that time, the Government is **DIRECTED** to either request an extension or seek a Default Judgment and Final Order of Forfeiture.

    **SO ORDERED,** this 23rd day of October, 2020.

                                              _____
                                              CHRISTOPHER L. RAY
                                              UNITED STATES MAGISTRATE JUDGE
                                              SOUTHERN DISTRICT OF GEORGIA