UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Case No. 418-011 |
| ) | |
| 33 FIREARMS AND 21,912 ROUNDS ) | |
| OF AMMUNITION, ) | |
| ) | |
| Defendants. ) | |

**UNITED STATES' MOTION FOR DEFAULT JUDGMENT
AND FINAL ORDER OF FORFEITURE**

COMES NOW the United States of America, by and through David H. Estes, Acting United States Attorney for the Southern District of Georgia, and moves this Honorable Court for an Order of Default Judgment and Final Order of Forfeiture. In support, the Government submits the following:

**BACKGROUND**

An Amended Verified Complaint for Forfeiture *in Rem*[1] (the "Verified Complaint") was filed in this case on March 14, 2018 (Dkt. No. 10), seeking forfeiture, pursuant to 18 U.S.C. § 924(d) in the United States District Court for the Southern District of Georgia against the following:

    a. one Walther HK MP5 .22 caliber rifle bearing serial number WG024643;

    b. one Walther P22 .22 caliber pistol bearing serial number L214008;

    c. one Ruger SR-22 .22 caliber pistol bearing serial number 364-20913;

---

[1] The first Verified Complaint was filed on January 11, 2018.

d. one Ruger SR-22 .22 caliber pistol bearing serial number 366-85603;

e. one Zastava N-PAP DF 7.62 caliber rifle bearing serial number N-PDF000626;

f. one Springfield Armory M1A .308 caliber rifle bearing serial number 190607;

g. one Glock 19 9mm pistol bearing serial number UEG654;

h. one Beretta 92FS 9mm pistol bearing serial number BER729222;

i. one Remington 870 tactical 12 gauge shotgun bearing serial number RS60089Y;

j. one Remington 870 tactical 12 gauge shotgun bearing serial number RS60088Y;

k. one Ruger 10/22 .22 caliber rifle bearing serial number RCS2-08778;

l. one Ruger 10/22 .22 caliber rifle bearing serial number 0003-75377;

m. one Ruger 10/22 .22 caliber rifle bearing serial number 824-72449;

n. one Ruger 10/22 .22 caliber rifle bearing serial number 828-49889;

o. one Palmetto State Armory PA-15 multi-caliber rifle bearing serial number LW186915;

p. one Anderson Manu AM-15 5.56 caliber rifle bearing serial number 06846F14;

q. one Glock 45 pistol bearing serial number HGY013 ("Machinegun 1");

r. one Glock 17 GEN4 9mm pistol bearing serial number BBVR687 ("Machinegun 2");

s. one Browning Buckmark .22 caliber pistol bearing serial number 515NN15323;

t. one Para USA Elite Officer .45 caliber pistol bearing serial number K030989;

    u.    one CZ CZ75B 9mm pistol bearing serial number B582010;

    v.    one Kimber Custom .45 caliber pistol bearing serial number K224840;

    w.    one Glock 26 GEN4 9mm pistol bearing serial number YMK993;

    x.    one Ruger SR-22 .22 caliber pistol bearing serial number 366-77232;

    y.    one Mossberg 590 12 gauge shotgun bearing serial number V0366891;

    z.    one Mossberg 500A 12 gauge shotgun bearing serial number T139494;

    aa.    one Beretta 92FS 9mm pistol bearing serial number BER729319;

    bb.    one Beretta 92FS Brigadier 9mm pistol bearing serial number BER436256;

    cc.    one Glock 20C 10mm pistol bearing serial number FFK294;

    dd.    one Glock 29 10mm pistol bearing serial number XAA365;

    ee.    one Glock 41 GEN4 .45 caliber pistol bearing serial number WMA520;

    ff.    one Ruger AR-556 5.56 caliber rifle bearing serial number 852-41074;

    gg.    one Ruger AR-556 5.56 caliber rifle bearing serial number 851-68143; and

    hh.    21,912 rounds of assorted caliber ammunition

(Collectively, the Subject Property").

According to the Verified Complaint, the Subject Property was initially seized for forfeiture pursuant to a violation of 18 U.S.C. § 922(g), which implies that the Subject Property was involved in or used in commission an unlawful act. In the matter at hand, the Subject Property were seized from an individual who illegally

used a controlled substance as defined in Section 102 of the Controlled Substances Act (21 U.S.C. § 802).

Following the commencement of the civil forfeiture action, pursuant to Rule G(4)(b)(i) Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States served potential claimants with direct notice of the action and a copy of the complaint for forfeiture. Additionally, in accordance with Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the Government published notice of the forfeiture action on www.forfeiture.gov, for 30 consecutive days, beginning on January 24, 2018. A Declaration of Publication was filed on March 24, 2018. *See* Dkt. No. 12.

In response to the all the noticing completed by the Government, only one claim was filed in accordance with Supplemental Rule G(5)(a)(i), which provides in pertinent part: "The claim must: (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; (C) be signed by the claimant under penalty of perjury; and (D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D)." This sole claim and answer were filed by Therese Ryan. *See* Dkt. Nos. 5 and 13.

Following several months of negotiations, through her counsel, Mrs. Ryan agreed to dismiss her claim (Dkt. No. 33 and 34), thus enabling the Government to now seek this Default Judgment and Final Order of Forfeiture.

## ARGUMENT AND CITATION OF AUTHORITIES

Federal Rule of Civil Procedure 55 provides for default judgment "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend." Fed. R. Civ. P. 55(a). As this Court has explained, "[o]btaining a default judgment is a two-step process." *See United States v. Eleven Firearms*, No. CV 614-100, 2015 WL 4409664, at *1 (S.D. Ga. July 17, 2015) (citation and internal quotation marks omitted). First, "the plaintiff must seek an entry of default from the clerk of court; and second, after the clerk has made an entry of default, the plaintiff can seek a default judgment." *Id.*

As required by Supplemental Rule G and 18 U.S.C. § 983, Plaintiff timely filed a verified complaint and properly served all persons with a possible interest in the Subject Property. As previously stated, the Mrs. Ryan filed a claim, and said claim was ultimately dismissed pursuant to a Voluntary Withdrawal, and no other claims were filed.

Upon such a showing, the Clerk of Court entered default on February 12, 2021. *See* Dkt. No. 37. Accordingly, Rule 55(b) allows for the entry of a default judgment in this action.

WHEREFORE, the United States of America respectfully requests:

1. That the Court grant the United States' Motion for Default Judgment and Final Order of Forfeiture;

2. That the Subject Properties be forfeited to the United States of America, and all right, title, claim and interest to the Subject Property by Theresa

Ryan, Kevin Ryan, their heirs, successors, and assigns, and all other persons be vested in the United States of America;

  3. That Theresa Ryan, Kevin Ryan, their heirs, successors, and assigns, and all other persons and entities having any right, title, claim to or interest in the Subject Property be forever barred from asserting a claim against the Subject Property.

  4. That the United States Marshals Service or an authorized designee dispose of the Subject Property according to law and regulatory provisions; and

  5. That the Clerk be directed to enter judgment pursuant to Federal Rule of Civil Procedure 58, upon the same terms and conditions as outlined in this Motion for Default Judgment and Final Order of Forfeiture

  Respectfully submitted this 16th day of February 2021.

            DAVID H. ESTES
            ACTING UNITED STATES ATTORNEY

            */s/ Xavier A. Cunningham*
            _____
            Xavier A. Cunningham
            Assistant United States Attorney
            New York Bar No. 5269477
            P.O. Box 8970
            Savannah, Georgia 31412
            (912)652-4422
            Xavier.Cunningham@usdoj.gov

- 7 -

## CERTIFICATE OF SERVICE

This is also to certify that I have on this day served Therese Ryan via electronic filing, and Certified Mail, Return Receipt Requested, at the following:

W. Joseph Turner, Esq.
The Turner Firm, LLC
c/o Therese Ryan
7 E Congress Street Suite 611
Savannah, GA 31401

This 16th day of February 2021.

*/s/ Xavier A. Cunningham*
_____
Xavier A. Cunningham
Assistant United States Attorney

P.O. Box 8970
Savannah, Georgia 31412
(912) 652-4422