AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18-cv-11

33 FIREARMS AND 21,912 ROUNDS OF AMMUNITION,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated April 22, 2021, the United States' Moion for Default Judgment and Final Order of Forfeiture is granted. Judgment is hereby entered as follows: (1) The Subject Property is hereby forfeited to the United States of America, and all right, title, claim and interest to the Subject Property by Therese Ryan her heirs, successors, and assigns, and all other persons and entities are vested in the United States of America; (2) Therese Ryan her heirs, successors, and assigns, and all other persons and entities are forever barred from asserting a claim against the Subject Property; and (3) The United States Marshals Service or an authorized designee shall make arrangements to dispose of the Subject Property according to law and regulatory procedures. This case stands closed.

Approved by: _____

April 23, 2021  
Date



John E. Triplett, Acting Clerk  
Clerk

(By) Deputy Clerk

GAS Rev 10/2020